

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. AP-76,177

---

**NEWMAN ELMO JONES, III, Relator**

**v.**

**THE HONORABLE STEVEN HEROD,**
Presiding Judge, 91st District Court, Eastland County, and
**CAROL BRITTAIN,**
District Clerk, Eastland County

---

### ON PETITION FOR A WRIT OF MANDAMUS
### FROM EASTLAND COUNTY

---

*Per Curiam.*

This is a petition for a writ of mandamus filed against the district judge and the district clerk in Eastland County. In this mandamus action, relator also filed a motion for attorney's fees. Relator has requested that this petition be dismissed and his motion for attorney's fees be withdrawn. Accordingly, we dismiss the petition and grant the request to withdraw the motion for attorney's fees.

Delivered: June 16, 2010
Do not publish